# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOAN LICHTMAN,

        Petitioner

        v.

ELIZABETH HERSH, SANDRA VASKO, SERGE LEVIN, ANN RUDNICK, JOYCE SACCO, SR. MARY SCULLION, BRIGID TOMS, CAROL THOMAS, JONATHAN JUCKETT, LINDA DONOVAN-MAGDAMO, NICOLE SUMMERVILLE, AND CURTIS JORDAN,

        Respondents

: No. 177 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2022, the Petition for Allowance of Appeal and the Application to Proceed In Forma Pauperis are **DENIED**.